UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 93

| | | |
|---|---|---|
| VANESSA RAFAEL | : | |
| | : | NO. 08- |
| vs. | : | |
| | : | **PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY** |
| ALEX AURIEMA and JAMES AURIEMA | : | |

**COMPLAINT**

1. Plaintiff, Vanessa Rafael is a resident of the State of Rhode Island.

2. Defendant, Alex Auriema is a resident of New York State, and has sufficient minimum contacts with the State of Rhode Island to render him amendable to the personal jurisdiction of this Honorable Court.

3. Defendant, James Auriema is a resident of Vermont and has sufficient minimum contacts with the State of Rhode Island to render him amendable to the personal jurisdiction of this Honorable Court.

4. This is a claim resulting in serious personal injuries to the Plaintiff. As such, the monetary amount claimed is in excess of $75,000.00, exclusive of interest and costs, and is sufficient to meet the jurisdiction of this Honorable court.

5. Jurisdiction over the subject matter exists, pursuant to 29 U.S.C. §1332, as a result of diversity.

**Count I**
**Negligence**

6. On or about July 21, 2007, the Defendant, Alex Auriema, was the operator of a vehicle on Chateauguay Road, a public highway in Bridgewater, Vermont.

7. On or about July 21, 2007, the Defendant, Mark Auriema, was the owner of the vehicle which was being operated with his consent by Defendant, Alex Auriema.

8. In operating the said vehicle on July 21, 2007, the Defendant, Alex Auriema, owed a duty to the Plaintiff, Vanessa Rafael, to exercise reasonable care in the operation of the vehicle.

9. Defendant, Alex Auriema, failed to exercise said degree of care, in that he negligently operated the said vehicle on July 21, 2007, causing the Plaintiff to be ejected from the vehicle, causing the Plaintiff, Vanessa Rafael, to suffer and become afflicted with grave and severe personal injuries, and extreme pain and suffering.

10. As a direct and proximate result of the negligence of the Defendant, Alex Auriema, in the operation of said vehicle on July 21, 2007, the Plaintiff, Vanessa Rafael: was severely and permanently injured, scarred, and disfigured; experienced great pain of body, nerves, nervous system, and mental suffering; was rendered disabled; incurred and in the future will incur expenses for medical care and treatment; and has sustained a loss of future earning capacity.

11. At all time herein mentioned, the Plaintiff, Vanessa Rafael, was in the exercise of due care for her own safety.

WHEREFORE, the Plaintiff, Vanessa Rafael, demands judgment against the Defendants, Alex Auriema and James Auriema, for compensatory damages, plus interest and costs.

Plaintiff demands a jury trial and designates David Morowitz, Esquire as trial counsel.

Plaintiff,
By her attorney,

David Morowitz, Esq. #3892
The Law Offices of David Morowitz, Ltd.
155 South Main Street, Ste. 304
Providence, RI 02903
(401) 274-5556 [telephone]
(401) 273-8543 [facsimile]
e-mail: david@morowitzlaw.com

Dated: