AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

VANESSA RAFAEL

V.

ALEX AURIEMA and
MARK AURIEMA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-cv-93

TO: (Name and address of Defendant)

Alex Auriema
Studio Dror
225 West 39th St.
6th floor
New York, NY 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Morowitz, Esq.
155 South Main Street, Ste. 304
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/14/08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 04/17/2008 |
|---|---|
| NAME OF SERVER (PRINT) Craig Schwartz | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 225 W. 39th St., 6th Floor (Prior studios) place of work

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): * Mr. Auriema has an 'artistic' look with a full head of black hair. He appears to be about 5'10'' and 25 y/o.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/17/2008
Date

[signature]
*Signature of Server*

360 W. 43rd St., #N4D, New York, New York 10036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.